IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
      Plaintiffs, )
) No. 06 C 535
v. )
) Judge Lefkow
HEARTLAND DISPOSAL, INC., )
an Illinois corporation, ) Magistrate Judge Levin
)
      Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on January 30, 2006 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon HEARTLAND DISPOSAL, INC., an Illinois corporation was made on June 11, 2006, and a copy of the proof of service was filed with the court on June 13, 2006.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

   $9,544.87 Pension
   $2,718.54 Welfare
    $925.00 Attorneys fees
    $377.00 Court costs
  $13,565.41

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant, HEARTLAND DISPOSAL, INC., an Illinois corporation and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $13,565.41.

    TRUSTEES OF THE SUBURBAN TEAMSTERS
    OF NORTHERN ILLINOIS WELFARE AND
    PENSION FUNDS

    By: _____
       One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415